UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
PACIFIC EMPLOYERS INSURANCE COMPANY      Civ. No.: 1:19-cv-06389
a/s/o THE MICHAEL D. COHEN QPRIT,

                                    Plaintiff,                     **NOTICE OF**
      v.                                                                                       **APPEARANCE**

ANNIVERSARY 11A  LLC,                                          Hon. Victor Marrero

                                Defendant,
------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Plaintiff, Pacific Employers Insurance Company a/s/o The Michael D. Cohen Qprit, hereby appears in the above-entitled action and that the undersigned has been retained as attorneys for said party, and demands that all papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
         September 24, 2019

                                           EUSTACE, PREZIOSO & YAPCHANYK
                                           Attorneys for Plaintiff
                                           55 Water Street, 28th Floor
                                           New York, New York 10041
                                           (212) 612-4200

                                           By: _____
                                               Paul A. Tumbleson

To:   UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
       500 Pearl Street, Room 15B
       New York, NY 10007

       Kaplan Gore LLP
       Attorneys for Defendant,
       ANNIVERSARY 11A LLC
       1359 Broadway, Ste 2001
       New York, NY 10018

Index No.:  1:19-cv-06389

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PACIFIC EMPLOYERS INSURANCE COMPANY A/S/O THE MICHAEL D. COHEN QPRIT,

                Plaintiff,

    -against-

ANNIVERSARY 11A  LLC,

                Defendant,

**NOTICE OF APPEARANCE**

**EUSTACE, PREZIOSO & YAPCHANYK**
Attorneys for Plaintiff
Office and Post Office Address
55 Water Street, 28th Floor
New York, New York 10041
(212) 612-4200